**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case: 2:19-CV-08210-JFW (PLAx) |
| Plaintiff, | |
| v. | **Judgment** |
| **Ling-Su Chinn, LLC,** a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

## ORDER

Following the court's ruling on December 21, 2020, granting Plaintiff's Motion for Summary Judgment, it is hereby ordered and adjudged that Plaintiff BRIAN WHITAKER shall have JUDGMENT in his favor in the amount of $4,000 against Defendant LING-SU CHINN, LLC. Additionally, Defendant LING-SU CHINN, LLC is ordered to maintain an accessible sales counter at the Planet Blue store located at or about 409 N. Beverly Dr., Beverly Hills, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: December 29, 2020

_____
Hon. John F. Walter
United States District Judge